IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TINA M. HOECHST, Defendant. | PO-21-05218-GF-JTJ VIOLATION: 9711472 Location Code: M13 ORDER |

Based upon the United States' motion to accept the defendant's payment of a $45 fine and $30 processing fee for violation 9711472 (for a total of $75), and for good cause shown, IT IS ORDERED that the $75 fine paid by the defendant is accepted as a full adjudication of violation 9711472.

IT IS FURTHER ORDERED that the initial appearance scheduled for December 9, 2021, is VACATED.

DATED this 29th day of November, 2021.

John Johnston
United States Magistrate Judge